Amy J. Hunt
**Name**
13170-B Central Ave. E.
Pmb326
Albuquerque, N.M. 87123
**Address**

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 JUN -1 AM 11: 26

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Amy J. Hunt _____, Plaintiff
(Full Name)

v.

_____, Defendant(s)

VA Hospital

CASE NO. 16 CV 508 KBM

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1) Amy J. Hunt _____, is a citizen of New Mexico
   **(Plaintiff)**                                    **( State )**
   who presently resides at 13170-B Central Ave. S.E., PmB326
   **(Mailing address or place of confinement)**
   Albuquerque, N.M. 87123 _____

2)  Defendant VA Hospital _____ is a citizen of
    **(Name of first defendant)**
    1501 San Pedro S.E. Albuquerque, and is employed as
    **(City, State)**
    N.M. 87108 _____. At the time the claim(s)
    **( Position and title, if any)**
    alleged in this complaint arose, was this defendant acting under color of state law?
    Yes ☒   No ☐   If your answer is "Yes", briefly explain:

3) Defendant _____ is a citizen of

(Name of second defendant)

_____ , and is employed as

(City, State)

_____ · At the time the claim(s)

( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐   No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

28 USC § 1331

## B.   NATURE OF THE CASE

1) Briefly state the background of your case.

Not providing health care benefits. See attachment.

# C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)   Count I:



Denial of benefits.
see attachment

(2)   Supporting Facts:   (Include all facts you consider important, including names of persons involved, places and dates.   Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

See attachment

B)(1)   Count II:

(2)  Supporting Facts:

C)(1)  Count III:

   (2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐     No ☒     If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a)  Parties to previous lawsuit.

      Plaintiffs: _____

      Defendants: _____

   b)  Name of court and docket number:

   c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

   d)  Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☒   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

spoke with VA administrator of Andrew Welch

## E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

money damages

_____
**Signature of Attorney (if any)**

_____
**Signature of Petitioner**

Attorney's full address and telephone number.

XE-2    2/78                    - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.


Executed at  Albuquerque                on  June 1, 2016  20___ .
                    (Location)                         (Date)


                                    _____
                                            (Signature)

January 3, 2016

To Whom It May Concern:

I came to Albuquerque, New Mexico from a different part
of the country with a medical condition that someone taking a
cigarette and burning your insides, urinating uncontrollable at
times, having hands as well vomiting when doing to the bathroom
and limbs constantly going to sleep while using them, and this all
related to stress that is brought on by my family, and the military
and more recent you folks who mentally incoherent, lazy people that
I can imagine that ever think up in this world and I do mean it. You
folks do not have one caring bone in your bodies except for few that
do work for  their monies but other than that you do not, those
people are in mostly in primary care, except Dr. Fotieo , and Glenda,
and the HUD-VASH Program, and Homeless Program in beginning.

It began back in May of 2014, with John Sutherland
promising with a hotel voucher  cause being homeless  Veteran,
which never came through, and which started growing worse than
came down with. I had keep on struggling through the Summer of
2014, until I met up with a lady Stephanie Salzar at the Corando
Park the 3rd Saturday of November of 2014 with her co-worker and
told her at point and time that did not wanted to treated like a child,
and they did exact opposite. On December, 12, 2014, I went to see Dr.
Kinlock who is mentally retarded and does not deserve even in
practice to me there is nothing wrong with me, and that is lye and
half then some and I do mean it when I have three outside doctors
have diagnosis me with this medical condition. In the following
weeks in January of 2015, I was that mentally in coherent of lazy
case manager named Terry Thayer cause love the blame people that
all there fault the doctor and mentally insane and I do mean it, in
beginning of January of 2015. By March of 2015, this lazy mentally
retarded brat passed work load off to black lady name Adrian
Stanley which on the 17th of March she reamed like a white slave and
do mean it, and putting me down like no tomorrow and I do mean it,
wondering what I am going to do if husband is not going to show up.
I felt so painfully hurt, to point that was making my medical
condition ever worse in the two days followed I went to congress
woman's office to try straighten out mentally criminal in sane
retarded folks. By April of 2015, or the time had  a chance to call the
VISN, the criminally in sane retard Stephanie Salzar had drop on my
doorstep at 8:30 a.m. on the third Friday of April of 2015, and lying to

my face saying that she did not have phone number and told me that was not conforming to case management, leaving me threatening note taking away housing voucher on my door for the whole entire apartment complex to see, but yet I had her phone number, still being labeled  little mentally retarded in sane child with mental illness. Week and half of this incident she sent me certified letter about the matter in May of 2015, and if floored me to bitter end. I finally turn the VISN by the end for help me to win a small battle, and but the director of hospital and his assistant director treated me still like a child and mentally and criminally in sane child, and saying that still have mental illness any one with what I have pain and suffering that I have be going driven medical condition that have, and some time effects the brain different ways cause of this pain and suffering, they are ones are screaming metal illness about themselves for they do not have judgment of character or met me to know the God's honest truth, with rich man's pay checks and still pounding salt in open wounds like little  child who mentally retarded  in sane children themselves. With battle won, and  I had a new case manager in July 2015, name of Jason Ramos, until of September of 2015 they started treating me like white trash as labeling like criminally in sane child by telling me that they had other Vets to deal with and what am I chopped liver. So throw me another criminally in sane co-worker like have been doing to me name Michelle.  She called on the Tuesday before Veteran's day in November 2015 in saying that she that she all day Thursday open, and that day came back treated me trash bringing another co-worker along, and told me that she had two hours and wanted to go Wal-mart and by Friday had cops on my doorstep cause screaming illness of herself for I told how I felt.  Now with this being said about HUD-VASH, now I have new case manager again, named Marci embarrassed on December 31 at Wal-Mart store. I sick and tire of that HUD-VASH program, and has made medical do point drive me to over edge with my condition, cause of you folks created of making worse.

Not only that the medical side is given me hell of trouble for I tried be nice cause of Dr. Fertio has given me a gift on 14th of December of 2015 recognizing finally that I had medical issues, and but staff of Emmy and that head RN of his is mentally criminally in sane retard people and as secretaries for wrong, for I did not do anything wrong that was week leading up to Christmas and then some for what in calling the BEACON team? Cause I am hurting and pain, and do not want to care lazy rich man's attitudes, and can not tell it my face, and hurts to point of no bitter end, making condition worse instead of treating it and leaving pressure on a bad knee do to

a care two years ago. I have ask them for power chair or the repairs on one that have and they do not care, and I can get manual one for what?  They no consideration what have do with  daily activities including dealing with   travelling how constant  of bad health, and now you sending bills for what for suppose be rated 50% medical do not have pay medicines, and send a bill for what? What in hell have lazy mental incoherent rich man's pay check folks doing for all doing screaming illness cause you folks can not see what is written black and white stated medical records. What hell are you folks thinking, and you folks mentally criminally in sane folks no quick answers for especially with that power chair, and I do not monies afford anything  and flat broke all the time. So help me God do not start listening to me, and I am telling you folks will have medical lawsuit against you, and few people have, and tell you folks look yourselves in mirror what have done to me.  I tire of keep have explaining myself, and thinking switching hospitals.

Sincerely,

Mrs. Peter Hunt

**Mrs. Peter Hunt**